# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kirk, James D. | District Court-WDLA | 05/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge-full time | ☐ Nomination   Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

515 Murray St., Rm. 331 71301
Alexandria, LA 71309-1072

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor ▮▮▮ Last Will and Testament | will |
| 2. | Settlor-Trust (See VII, p.4 , line 13 ) | trust |
| 3. | Co-owner of limited liability company | Calypso Travel and Cruise Center, LLC |
| 4. | Vice-president of dormant corporation | Calypso Travel and Cruise Center, Inc. |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kirk, James D. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | self employed owner of travel agency |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kirk, James D. | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | Chase Bank | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kirk, James D. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▭ business goodwill | | None | K | T | | | | | |
| 2. Bank Account-Red River Bank | | None | J | T | | | | | |
| 3. Bank AccountsRed River Bank | A | Interest | L | T | | | | | |
| 4. Vanguard Prime Money Market Sweep Acct-Cash | A | Interest | J | T | | | | | |
| 5. IRA Mutual Fund-VHCAX | D | Distribution | L | T | | | | | |
| 6. IRA Mutual Fund-VPMAX | D | Distribution | L | T | | | | | |
| 7. IRA Mutual Fund-VGENX | B | Distribution | K | T | | | | | |
| 8. IRA Exch. Traded Fund-GLD | | None | | | Sold | 02/04/14 | J | | |
| 9. IRA Vanguard Prime Money Mkt. Sweep--Cash | A | Interest | J | T | | | | | |
| 10. IRA Mutual Fund-VDIGX | D | Distribution | K | T | | | | | |
| 11. IRA Mutual Fund-VSGAX | B | Distribution | K | T | | | | | |
| 12. IRA Mutual Fund-VWELX | C | Distribution | K | T | Buy | 02/11/14 | K | | |
| 13. Insurance Trust--see explanation at VIII | | None | | | | | | | |
| 14. Brokerage Acct.--Fidelity Money Mkt.Sweep-Cash | A | Interest | J | T | | | | | |
| 15. Brokerage Acct.--Fidelity SPDR GLD | | None | | | Sold | 02/05/14 | J | | |
| 16. Fidelity Acct.-HSCSX | B | Int./Div. | J | T | Buy | 02/05/14 | J | | |
| 17. Fidelity Acct.-VASVX | B | Int./Div. | J | T | Buy | 02/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kirk, James D. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Acct.-VDIGX | B | Int./Div. | J | T | Buy | 02/05/14 | J | | |
| 19. Brokerage Acct- Scott-MoneyMktSweep-Cash | A | Interest | J | T | | | | | |
| 20. Scott-HSCSX | A | Int./Div. | J | T | Buy | 02/05/14 | J | | |
| 21. Northwestern Mutual Life Money Mkt. Fund | A | Interest | M | T | Sold (part) | 02/14/14 | L | A | |
| 22. Fidelity IRA Brokerage Acct-Money Mkt. | A | Int./Div. | J | T | | | | | |
| 23. Fidelity IRA Exch Tr Fund-GLD | | None | | | Sold | 02/05/14 | J | A | |
| 24. Fidelity-AMZN | | None | J | T | Buy | 02/05/14 | J | | |
| 25. Fidelity-VASCX | A | Int./Div. | J | T | Buy | 02/05/14 | J | | |
| 26. Hartford Var. Annuity | | None | K | T | | | | | |
| 27. Edw. Jones $ mkt. cash | A | Int./Div. | J | T | Sold (part) | 02/05/14 | L | | |
| 28. MI St. Hsg Bonds | A | Int./Div. | | | Sold | 05/01/14 | J | A | |
| 29. Miami-Dade Cnty Bonds | A | Int./Div. | J | T | | | | | |
| 30. Exxon Stock | A | Dividend | L | T | | | | | |
| 31. Freeport-McMoran Stock | | None | J | T | | | | | |
| 32. Frontier Com's Stock | A | Dividend | J | T | | | | | |
| 33. Verizon Com's Stock | | None | J | T | | | | | |
| 34. Wal-Mart Stores Inc. | D | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kirk, James D.** | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin La Bonds | B | Int./Div. | | | Redeemed | 08/22/14 | L | B | |
| 36. Nuveen High Yld Bonds | A | Int./Div. | | | Redeemed | 08/22/14 | J | A | |
| 37. Nuveen Inter Dur. Mun Bds | A | Int./Div. | | | Redeemed | 08/22/14 | J | A | |
| 38. Nuveen Ltd Term Mun Bds | A | Int./Div. | | | Redeemed | 08/22/14 | J | A | |
| 39. Putnam Amt Free Bonds | A | Int./Div. | | | Redeemed | 08/22/14 | K | A | |
| 40. undivided 1/2 interest in house EBR Parish LA | | None | M | T | | | | | |
| 41. Alliance Intl. | A | Int./Div. | J | T | Buy | 02/05/14 | J | | |
| 42. Alliance Intl. | A | Int./Div. | J | T | Buy | 05/23/14 | J | | |
| 43. Alliance Intl. | A | Int./Div. | J | T | Buy | 08/26/14 | J | | |
| 44. Blackrock Equity Dividend | A | Int./Div. | J | T | Buy | 02/05/14 | J | | |
| 45. Blackrock Equity Dividend | A | Int./Div. | J | T | Buy | 05/23/14 | J | | |
| 46. Blackrock Equity Dividend | A | Int./Div. | J | T | Buy | 08/26/14 | J | | |
| 47. Cba Aggressive Gr. | A | Int./Div. | J | T | Buy | 02/05/14 | J | | |
| 48. Cba Aggressive Gr. | A | Int./Div. | J | T | Buy | 05/23/14 | J | | |
| 49. Cba Aggressive Gr. | A | Int./Div. | J | T | Buy | 08/26/14 | J | | |
| 50. Columbia Acorn Intl. | | None | J | T | Buy | 02/05/14 | J | | |
| 51. Columbia Acorn Intl. | | None | J | T | Buy | 05/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kirk, James D. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Columbia Acorn Intl. | | None | J | T | Buy | 08/26/14 | J | | |
| 53.   Franklin Fed I Term | A | Int./Div. | J | T | Buy | 02/05/14 | J | | |
| 54.   Franklin Fed I Term | A | Int./Div. | J | T | Buy | 05/23/14 | J | | |
| 55.   Franklin Fed I Term | A | Int./Div. | J | T | Buy | 08/26/14 | J | | |
| 56.   Franklin Hi Yld | A | Int./Div. | J | T | Buy | 02/05/14 | J | | |
| 57.   Franklin Hi Yld | A | Int./Div. | J | T | Buy | 05/23/14 | J | | |
| 58.   Franklin Hi Yld | A | Int./Div. | J | T | Buy | 08/26/14 | J | | |
| 59.   Fund. Inv's | | None | J | T | Buy | 02/05/14 | J | | |
| 60.   Fund. Inv's | | None | J | T | Buy | 05/23/14 | J | | |
| 61.   Fund. Inv's | | None | J | T | Buy | 08/26/14 | J | | |
| 62.   Harbor Capital Appr. | | None | J | T | Buy | 02/05/14 | J | | |
| 63.   Harbor Capital Appr. | | None | J | T | Buy | 05/23/14 | J | | |
| 64.   Harbor Capital Appr. | | None | J | T | Buy | 08/26/14 | J | | |
| 65.   Hartford Dividend Gr. | | None | J | T | Buy | 02/05/14 | J | | |
| 66.   Hartford Dividend Gr. | | None | J | T | Buy | 05/23/14 | J | | |
| 67.   Hartford Dividend Gr. | | None | J | T | Buy | 08/26/14 | J | | |
| 68.   Invesco Comstock | A | Int./Div. | J | T | Buy | 02/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kirk, James D. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Invesco Comstock | A | Int./Div. | J | T | Buy | 05/23/14 | J | | |
| 70. Invesco Comstock | A | Int./Div. | J | T | Buy | 08/26/14 | J | | |
| 71. Invesco Intl Gr. | | None | J | T | Buy | 02/05/14 | J | | |
| 72. Invesco Intl Gr. | | None | J | T | Buy | 05/23/14 | J | | |
| 73. Invesco Intl Gr. | | None | J | T | Buy | 08/26/14 | J | | |
| 74. J P_ Morgan Intl V | | None | J | T | Buy | 02/05/14 | J | | |
| 75. J P_ Morgan Intl V | | None | J | T | Buy | 05/23/14 | J | | |
| 76. J P_ Morgan Intl V | | None | J | T | Buy | 08/26/14 | J | | |
| 77. Manning & Rapier World Opp. | | None | J | T | Buy | 02/05/14 | J | | |
| 78. Manning & Rapier World Opp. | | None | J | T | Buy | 05/23/14 | J | | |
| 79. Manning & Rapier World Opp. | | None | J | T | Buy | 08/26/14 | J | | |
| 80. MFS Growth Fund | A | Int./Div. | J | T | Buy | 02/05/14 | J | | |
| 81. MFS Growth Fund | A | Int./Div. | J | T | Buy | 05/23/14 | J | | |
| 82. MFS Growth Fund | A | Int./Div. | J | T | Buy | 08/26/14 | J | | |
| 83. MFS Muni Inc | A | Int./Div. | J | T | Buy | 02/05/14 | J | | |
| 84. MFS Muni Inc | A | Int./Div. | J | T | Buy | 05/23/14 | J | | |
| 85. MFS Muni Inc | A | Int./Div. | J | T | Buy | 08/26/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kirk, James D. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Franklin Global Disc. | | None | J | T | Buy | 02/05/14 | J | | |
| 87. Franklin Global Disc. | | None | J | T | Buy | 05/23/14 | J | | |
| 88. Franklin Global Disc. | | None | J | T | Buy | 08/26/14 | J | | |
| 89. Perkins Mid-C Value | | None | J | T | Buy | 02/05/14 | J | | |
| 90. Perkins Mid-C Value | | None | J | T | Buy | 05/23/14 | J | | |
| 91. Perkins Mid-C Value | | None | J | T | Buy | 08/26/14 | J | | |
| 92. Pioneer Oak Ridge Sm-C Gr | | None | J | T | Buy | 02/05/14 | J | | |
| 93. Pioneer Oak Ridge Sm-C Gr | | None | J | T | Buy | 05/23/14 | J | | |
| 94. Pioneer Oak Ridge Sm-C Gr | | None | J | T | Buy | 08/26/14 | J | | |
| 95. Prudential Jenn Mid C Gr | | None | J | T | Buy | 02/05/14 | J | | |
| 96. Prudential Jenn Mid C Gr | | None | J | T | Buy | 05/23/14 | J | | |
| 97. Prudential Jenn Mid C Gr | | None | J | T | Buy | 08/26/14 | J | | |
| 98. Ridgeworth Sm Cap V | | None | J | T | Buy | 02/05/14 | J | | |
| 99. Ridgeworth Sm Cap V | | None | J | T | Buy | 05/23/14 | J | | |
| 100. Ridgeworth Sm Cap V | | None | J | T | Buy | 08/26/14 | J | | |
| 101. T. Rowe Price Summit M. | A | Int./Div. | J | T | Buy | 02/05/14 | J | | |
| 102. T. Rowe Price Summit M. | A | Int./Div. | J | T | Buy | 05/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kirk, James D. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. T. Rowe Price Summit M. | A | Int./Div. | J | T | Buy | 08/26/14 | J | | |
| 104. T. Rowe Price Tax Expt Mon Mkt | A | Int./Div. | J | T | Buy | 02/05/14 | J | | |
| 105. T. Rowe Price Tax Expt Mon Mkt | A | Int./Div. | J | T | Buy | 05/23/14 | J | | |
| 106. T. Rowe Price Tax Expt Mon Mkt | A | Int./Div. | J | T | Buy | 08/26/14 | J | | |
| 107. T. Rowe Price Tax Expt Mon Mkt | A | Int./Div. | J | T | Redeemed (part) | 07/08/14 | J | | |
| 108. Tax Exempt Bond Fund | A | Int./Div. | J | T | Buy | 02/05/14 | J | | |
| 109. Tax Exempt Bond Fund | A | Int./Div. | J | T | Buy | 05/23/14 | J | | |
| 110. Tax Exempt Bond Fund | A | Int./Div. | J | T | Buy | 08/26/14 | J | | |
| 111. Thornburg Ltd. T. Muni | | None | J | T | Buy | 02/05/14 | J | | |
| 112. Thornburg Ltd. T. Muni | | None | J | T | Buy | 05/23/14 | J | | |
| 113. Thornburg Ltd. T. Muni | | None | J | T | Buy | 08/26/14 | J | | |
| 114. Wells Fargo Adv. S/T | | None | J | T | Buy | 02/05/14 | J | | |
| 115. Wells Fargo Adv. S/T | | None | J | T | Buy | 05/23/14 | J | | |
| 116. Wells Fargo Adv. S/T | | None | J | T | Buy | 08/26/14 | J | | |
| 117. SPDR S&P 500 | C | Int./Div. | K | T | Buy | 02/14/14 | K | | |
| 118. SPDR Nuveen Barclays Cap. Muni | A | Int./Div. | J | T | Buy | 02/14/14 | J | | |
| 119. iShares S&P Mid-C | A | Int./Div. | J | T | Buy | 02/14/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kirk, James D. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. iShares S&P Small-C | A | Int./Div. | J | T | Buy | 02/14/14 | J | | |
| 121. iShares Natl AMT Free Munis | A | Int./Div. | J | T | Buy | 02/14/14 | J | | |
| 122. Vanguard FTSE Dev ETF | | None | J | T | Buy | 02/14/14 | J | | |
| 123. Vanguard FTSE Emrg ETF | A | Int./Div. | J | T | Buy | 02/14/14 | J | | |
| 124. Vanguard REIT Index ETF | A | Int./Div. | J | T | Buy | 02/14/14 | J | | |
| 125. Credit Suisse Comm. Strat. A | | None | J | T | Buy | 02/14/14 | J | | |
| 126. Market Vectors Hi Yld Muni ETF | A | Int./Div. | J | T | Buy | 02/14/14 | J | | |
| 127. Capital S T Muni | | None | J | T | Buy | 02/14/14 | J | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kirk, James D. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Investments and Trusts-p.4, line 13. This is an insurance trust with no assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James D. Kirk**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544